IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAUL MORRISETTE,

    Plaintiff,

v.                                                                                          Civil Action No. **3:20CV593**

SUPERINTENDENT,

    Defendant.

### MEMORANDUM OPINION

On April 7, 2021, the United States Postal Service returned a March 16, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT HERE," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                                        /s/
                                                                  M. Hannah Lauck
                                                                  United States District Judge

Date: May 3, 2021
Richmond, Virginia